705 A.2d 741

IN THE MATTER OF ARTHUR D. BROMBERG,
AN ATTORNEY AT LAW.

February 4, 1998.

## ORDER

The Disciplinary Review Board on December 23, 1997, having filed its decision with the Court concluding that **ARTHUR D. BROMBERG** of **SADDLE BROOK**, who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.15(b) (failure to safeguard funds of a third party) and *RPC* 8.4(c) (conduct involving deceit, dishonesty, misrepresentation and fraud); and good cause appearing;

It is ORDERED that **ARTHUR D. BROMBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.